**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

J.L.,                              :   No. 190 MAL 2019

            Respondent         :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Superior Court

           v.                    :

                             :

A.L. AND K.L.,                 :

                             :

            Petitioners          :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**. Petitioners' Emergency Application to Reinstate Supersedeas is **DENIED**.